83,103-01

Court of Criminal APPEALS
Attn: Clerk of the Court
P.O. Box 12308
Capitol Station
Austin, Texas 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 08 2015

Abel Acosta, Clerk

RE: "Past Due Notice of Findings of Fact and Conclusions of Law"

C.C.A - WR-83,103-01
Trial Court: W219-82591-2012-HC

Dear Clerk,

Please Bring this "Past Due Notice of Findings of facts and Conclusion of Law" To the Attention of the Court.

Thank You For Your Attention to this Matter.

Sincerely

Richard Phillies # 01911939
LV Hightower unit
902 F/m 686
Dayton, Texas 77535

CASE Numbers
Tr. Ct. No. W219-82591-2012-HC
Court of Criminal Appeals WR-83,103-01

Ex Parte                    §        In The
Richard EARL               §        219th Judicial District
Phillips                   §        of Collin County TEXAS

Notice of PAST Due
Finding of facts ± Conclusion of Law

Pursuant To The Provisions of Article 11.07
of TEXAS Code of Criminal Procedures;
    Ex Parte Young 418 SW 2d 824, 826 (1967)

And Order From Court of Criminal Appeals for
Finding of FACTS AND Conclusion of Law
    T.R.C.P. 296
    See Order Dated 5/20/2015

Applicant has ALLEGED He RECEIVED Ineffective
Assistance of Trial Counsel.
    Writ Filed 9/08/2014

A Order DESIGNATING ISSUES to the legality
of Applicant's Confinement WAS ordered on
October 7th, 2014. Order was Signed by The
Trial Court October 10th 2014.
    Gibson v DALLAS Cty Dist Clerk 275 SW 3d 491G
    See Docket Sheet / Collin County TRIAL Ct.
    MARTIN v HAMLIN 25 SW 3d 718 (2000)
                    (1)

WITH The Timely Order Designating Issues Ordered, Trial Court Postponed forwarding the Habeas Application for 180 Days Per Rules of App. Procedures, setting Date of Transmittal to Ct of Criminal Appeals to April 2, 2015

Texas Rules App. Proc. 73.4(b)(5)
McCree V Hampton, 824 SW2d 578,579 (1992)

Trial Court Ordered Trial Counsel to Respond To All Order Designating Issues by December 7, 2014. Trial Counsel Requested Additional Time And was Granted Additional (60) Sixty Days. Making Due Date February 5th 2015 For His Response Trial Counsel Failed Again To File Trial Court Ordered Affidavit, Shown by No Entry on Docket Sheet.

Trial Court HAD An Additional 57 Days, From February 5th to April 2, 2015 (180th day), To File Findings of Fact and Conclusions of Law But Failed To Do So, Per Ct of Criminal Appeals order, Remanding Back To Trial Court for Evidentiary Investigation And To Enter Findings and Conclusions

ORDER DATED 5/20/15
In Re Davis 30 SW 3d 609 (2000)
Texas Rules Civil Pro. 296 / 297

(2)

(Continued Past Due Notice of Findings ...)

TRIAL COURT HAS Designated ISSUES TO THE LEGALITY of APPLICANTS Incarceration, which Applicant HAS Delegiantly Followed Court Procedures But Trial Counsel, AGAIN HAS Shown His CONCIOUS Disregard To This Honorable Court And Court Proceedings.

ALthough Request for Findings And Conclusions Past Due Notice is filed Before The Trial Courts Judgement is Due, Rule 306(c) Provides that Such A Request Shall be deemed filed on that Date, but Subsequent To The Judgement;

Texas Rules Civil Procedure 306(c)
Culver v Culver 360 S.W. 3d 526 (2011)

Neither United States Nor Texas Constitutions Provide Applicants with A Right to Counsel in A Habeas Corpus Application;

Ex Parte Mines 26 S.W. 3d 913

Counsel must be Appointed if An Evidentiary Hearing IS ORDERED, AN APPLICANT is Indigent AND Desires Counsel.

Ex Parte Evans 964 S.W.2d 293, 248 (1958)
T.R.C.P. 11.07 § 3(d). "Interest of Justice ..."

Applicant HAS shown Per Pro Se 11.07 APPLICATION Affidavit That He is Indigent And Also Request Counsel in The Intrest of Justice.

(3)

IN The State of TEXAS, The Court of Criminal APPEALS IN Austin is The Highest Court which Has Jurisdiction To Review A Prisoners Confinement. Claims may be Presented to the Court .... Via Habeas Corpus.

Texas Code Crim Pro. ART. 44.45

Williams v Johnson; 169 F.Supp 2d 594 (2001)

APPLicant is Pro Se And makes This "Notice of Past Due Findings of Fact and Conclusion of Law", is made in Good Faith And Not For Delay.

APPLicant Prays The Honorable Court Grant The Notice And Find Findings of Fact And Conclusions of Law that is PAST Due

APPLicant Richard Phillips

IDC * 01911939

L.V. Hightower Unit

902 F/m 686

Dayton. Texas 77535

(4)